

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>    Petitioner,<br><br>    v.<br><br>LEE BACA,<br><br>    Respondent. | Case No. CV 07-3063-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is DENIED with prejudice.

Dated: 2/11/08

_____
S. James Otero
United States District Judge