**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LEE BACA,<br><br>　　　　Respondent. | Case No. CV 07-3063-SJO (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files, as well as the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

　　IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: _____2/5/08_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　S. James Otero
　　　　　　　　　　　　　　　　United States District Judge